UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CRIMINAL CASES:**

CR 03-81-01/02/03 USA v. Nigel Potter, et al - **MJ Almond**
**(Conspiracy to defraud the U.S.)**

TRIAL NOTICE

You are hereby notified that the above-captioned case is on the **July, 2005** trial calendar.

Counsel must be present for impanelment of the jury on **Tuesday, July 12, 2005, at 9:15 a.m.** before U.S. Magistrate Judge Lincoln Almond.

Counsel are reminded that all exhibits should be pre-marked as stated in the Pre Trial Order and if any court equipment (i.e. overhead projector; VCR etc) is needed during the trial, counsel are to give the courtroom deputy at least 24 hours notice of what they need.

*****All counsel must file a complete copy of their voir dire questions. These questions are to be filed in the clerk's office no later than June 28, 2005.**

Mary M. Lisi
Mary M. Lisi
United States District Judge
June 7, 2005