**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR03-81ML** **DATE: July 12, 2005**

**TITLE: USA v. Nigel Potter, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Karen Zinni**

**IN COURT:**

---

**COUNSEL PRESENT:**

Craig Moore, AUSA
Lee Vilker, AUSA
Len O'Brien, Esq.
Jean Rosiello, Esq.
Anthony Traini, Esq.
John Tarantino, Esq.
Pat Rocha, Esq.

**PROCEEDINGS:**

Empanelment:

Clerk administers oath to potential jurors.
36 potential jurors seated.
Voir dire.
16 jurors empaneled.