IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. :
:
NIGEL POTTER; : CR 03-81-01ML
DANIEL BUCCI; and : (Superseding Indictment)
BURRILLVILLE RACING ASSOCIATION :
a/k/a LINCOLN PARK :
a/k/a LINCOLN GREYHOUND PARK :
a/k/a LINCOLN PARK, INC. :

**DEFENDANT NIGEL POTTER'S REQUEST FOR CAUTIONARY INSTRUCTION**

Defendant, Nigel Potter anticipates that the Government will elicit testimony from Mr. Sherman and/or Mr. Brents to the effect that they told Mr. Potter that a payment to Mr. McKinnon would be "illegal" or "potentially illegal". Defendant objects to this testimony. But if this Court admits this testimony, defendant requests, in the alternative, that it issue a cautionary instruction in the form attached.

Respectfully submitted,
NIGEL POTTER
By his Attorneys,

C. Leonard O'Brien (E.T.)

C. LEONARD O'BRIEN, ESQ. (#1886)
B. JEAN ROSIELLO, ESQ. (#2886)
MacFadyen, Gescheidt and O'Brien
101 Dyer Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that I caused the **original** of the within document to be hand-delivered to Judge Mary M. Lisi, and a **copy** of the within document to be hand-delivered to Craig Moore and Lee Vilker, Assistant United States Attorneys; John Tarantino, Esq.; and Anthony Traini, Esq., in the courtroom during the trial of this matter in U.S. District Court in Worcester, Massachusetts, on the 19th day of July, 2005.

Ellen Taylor