IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. No. 03-81-01ML |
| | : | (Superseding Indictment) |
| NIGEL POTTER; | : | |
| DANIEL BUCCI; and | : | |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DEFENDANTS NIGEL POTTER'S, DANIEL BUCCI'S AND LINCOLN PARK, INC.'S MEMORANDUM IN OPPOSITION TO INTRODUCTION OF ALLEGED CO-CONSPIRATOR HEARSAY**

Defendants Nigel Potter, Daniel Bucci and Lincoln Park, Inc. object to the introduction of any evidence as claimed co-conspirator hearsay which predates the meeting held between Nigel Potter and Daniel Bucci in Providence, Rhode Island on or about November 29 and 30, 2000.

The starting date for the introduction of co-conspirator hearsay under F.R.Evid. 801(d)(2)(E) was a matter of substantial dispute at the prior trial of this matter. After argument, this Court concluded that, "At least as of early September 2000, more precisely by September 13, that there was, in fact, a conspiracy in place; ...." Tr. 2/16/05 at 4. Defendants agree with this Court that there is no evidence of a conspiracy prior to that date. They would go further, however, and suggest that no evidence proffered by the government establishes to a preponderance of the evidence that an agreement was formed between Nigel Potter and Daniel Bucci, at least prior to November 29, 2000. The fact that Mr. Potter may have desired to meet Mr. McKinnon in September of 2000; that he brought the issue of the proposed McKinnon bonus to the attention of his Board in October and that it may have arisen in the context of the annual budget discussion with Mr. Sherman and Mr. Brents, does not in any way, shape or form

than support any inference of conspiratorial agreement which the government might ask this Court to draw.

In sum, the government should not be permitted to introduce as co-conspirator hearsay any statement made prior to November 29, 2000.

Respectfully submitted,

NIGEL POTTER
By his Attorney,

C. Leonard O'Brien (E.T.)

C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
The Owen Building, 101 Dyer Street
Providence, RI 02903

By his Attorney,

Anthony M. Traini (E.T.)

ANTHONY M. TRAINI (#4793)
56 Pine Street
Providence, RI 02903

Respectfully submitted,
LINCOLN PARK, INC.
By its Attorneys,

John Tarantino (E.T.)
JOHN A. TARANTINO (#2586)
PATRICIA K. ROCHA (#2793)
Adler, Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

**CERTIFICATION**

I hereby certify that I caused the **original** of the within document to be hand-delivered to Judge Mary M. Lisi, and a **copy** of the within document to be hand-delivered to Craig Moore and Lee Vilker, Assistant United States Attorneys; John Tarantino, Esq.; and Anthony Traini, Esq., in the courtroom during the trial of this matter in U.S. District Court in Worcester, Massachusetts, on the 19th day of July, 2005.

Ellen Taylor