IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. No. 03-81-01ML |
| | : | (Superseding Indictment) |
| NIGEL POTTER; | : | |
| DANIEL BUCCI; and | : | |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DEFENDANT NIGEL POTTER'S MEMORANDUM IN OPPOSITION TO POST-FEBRUARY 2, 2001 EVIDENCE**

Prior to the first trial, Nigel Potter filed a motion for an order precluding the government from introducing any evidence relating to communications and events occurring after February 2, 2001. In the alternative, he sought a separate trial at which this evidence would not be introduced.

On January 5, 2005, this Court denied the motion but concluded that it would issue cautionary instructions to the jury that any evidence post-dating February 2, 2001 was not being introduced against Mr. Potter.

Mr. Potter accepts that the Court has ruled in this regard. However, he maintains his objection to this evidence for the reasons previously stated.

Respectfully submitted,
NIGEL POTTER
By his Attorneys,

C. Leonard O'Brien (E.T.)

C. LEONARD O'BRIEN, ESQ. (#1886)
B. JEAN ROSIELLO, ESQ. (#2886)
MacFadyen, Gescheidt and O'Brien
101 Dyer Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that I caused the **original** of the within document to be hand-delivered to Judge Mary M. Lisi, and a **copy** of the within document to be hand-delivered to Craig Moore and Lee Vilker, Assistant United States Attorneys; John Tarantino, Esq.; and Anthony Traini, Esq., in the courtroom during the trial of this matter in U.S. District Court in Worcester, Massachusetts, on the 19th day of July, 2005.