UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 03-081-01ML

NIGEL POTTER

VERDICT FORM

1. As to **Count I** of the indictment, we, the jury, find defendant Nigel Potter:

GUILTY__X__ NOT GUILTY________

2. As to **Count III** of the indictment, we, the jury, find defendant Nigel Potter:

GUILTY__X__ NOT GUILTY________

3. As to **Count V** of the indictment, we, the jury, find defendant Nigel Potter:

GUILTY__X__ NOT GUILTY________

4. As to **Count VII** of the indictment, we, the jury, find defendant Nigel Potter:

GUILTY________ NOT GUILTY__X__

5. As to **Count VIII** of the indictment, we, the jury, find defendant Nigel Potter:

GUILTY________ NOT GUILTY__X__

6. As to **Count X** of the indictment, we, the jury, find defendant Nigel Potter:

GUILTY X NOT GUILTY________

________________________ 8/8/05

Foreperson's Signature Date