UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 03-081-01/02/03ML DATES: July 19, 20, 21, 22, 23, 2005**
**July 25, 26, 27, 28, 29, 2005**
**August 1, 2, 3, 4, 5, 2005**
**August 8, 2005**

**TITLE: USA v. Nigel Potter, et al. Venue: U.S. District Court, Worcester, MA**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**
**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
IN COURT

---

**COUNSEL PRESENT:**
**for govt: AUSAs Craig Moore, Lee Vilker**
**for deft Potter: C. Leonard O'Brien, Jr.; B. Jean Rosiello**
**for deft Bucci: Anthony M. Traini**
**for deft Burrillville Racing/Lincoln Park: John A. Tarantino; Patricia Rocha**

**Proceedings: JURY TRIAL**

**Tue., July 19, 2005 - Day 1**
**Alternate Juror #2 is excused by the Court. Jurors are sworn by the Clerk, and are given preliminary instructions by the Court . Govt (AUSA Moore) presents its opening statement. Defense counsel (Attys O'Brien [for deft Potter], Tarantino [for deft Lincoln Park]) make their opening statements. Atty. Traini [for deft Bucci]) reserves opening. One witness is sworn & examined. Five exhibits are admitted "full"; three exhibits are marked for "ID" only.**

**Wed., July 20, 2005 - Day 2**
**Same counsel present as on Day 1. Govt's DX of W-1 (Sherman) continues. CX of W-1 by O'Brien (Potter). Nineteen exhibits are admitted "full"; four exhibits are marked for "ID" only. (Out of jurors presence, counsel address the question of admissibility of EXH 150 & 151. Court reserves decision.)**

**Thu., July 21, 2005 - Day 3**
**Same counsel present as on Days 1 & 2. Out of jurors' presence, the Court rules on govt's motion to admit exhibits #150 & #151 as "full". Court denies that motion. Said exhibits to remain for "ID" only. With jurors present, CX of W-1 is resumed by O'Brien (Potter). CX of W-1 by Traini (Bucci) commences. Eight defense exhibits are marked for "ID" only.**

**<u>Fri., July 22, 2005 - Day 4</u>**

**Same counsel present as on Days 1, 2, 3. Out of presence of jurors, the Court rules on admissibility of defense exhibits Potter "JJ" & Potter "KK" & Bucci "C". Court denies admissibility of those as full exhibits; however, a portion of Potter "JJ" will be admitted "full". A redacted version of Potter "JJ" is to be admitted as Potter "JJ-1". CX of W-1 by Traini (Bucci) concludes. CX of W-1 by Tarantino (Lincoln Park). RDX of W-1 by AUSA Moore (govt). Out of jurors' presence, voir dire of W-1 (Sherman) is conducted by AUSA Moore (govt). RCX of W-1 by O'Brien (Potter). One additional witness (W-2: Brents) is sworn and examined. DX of W-2 by AUSA Vilker (govt). After jurors are excused for the day, the Court addresses the govt's motion to admit as "full" exhibits # 12 through #16 (inclusive) and #54 & #56. Court's ruling: # 54 & #56 are admitted "full", but with redaction as to both exhibits. AUSA Moore withdraws govt's motion to admit as "full" #12 through #16. Nine exhibits are admitted "full"; eight exhibits are marked for "ID" only. Trial to resume on Mon., 7/25/05.**

**<u>Mon., July 25, 2005 - Day 5</u>**

**Same counsel present as on Days 1 through 4. DX of W-2 (Brents) by govt (AUSA Vilker) resumes. CX of W-2 by Rocha (Lincoln Park), Traini (Bucci), & O'Brien (Potter.) RDX of W-2 by govt (AUSA Vilker). Prior trial testimony of Nigel Potter (W-3): portions of transcript of same read into the record by AUSA Moore and govt agent. Seven exhibits are admitted "full". Govt rests. Jurors are excused for the day, after which the Court DENIES the defts' joint motion for reconsideration of exclusion of exhibits Potter "JJ", Potter "KK" and Bucci "C". Subsequent joint oral motion by all 3 defts for a mistrial is DENIED. Motions by all defts for judgment of acquittal: counsel incorporate by reference arguments made at Rule 29 hearing at prior trial. Arguments on those motions are made by Traini (Bucci), Tarantino (Lincoln Park), Rosiello (Potter). AUSA Moore responds. Court: on govt's motion, Count V of the last-filed Superseding Indictment, as amended, (see document# 230), as to defts Bucci and Lincoln Park, is DISMISSED. Court takes motions for acquittal under advisement.**

**<u>Tue., July 26, 2005 - Day 6</u>**

**Same counsel present as on Days 1 through 5. Out of jurors' presence, O'Brien (Potter) & Traini (Bucci) move for mistrial. Court DENIES that joint motion. With jurors present, DX of W-3 (Potter: "live" testimony) by O'Brien (Potter). One exhibit is admitted "full"; two exhibits are marked for "ID" only.**

**<u>Wed., July 27, 2005 - Day 7</u>**

**Same counsel present as on Days 1 through 6. DX of W-3 (Potter) by O' Brien (Potter) resumes. CX of W-3 by AUSA Vilker (govt). Three exhibits are admitted "full"; four exhibits are marked for "ID" only.**

**<u>Thu., July 28, 2005 - Day 8</u>**

**Same counsel present as on Days 1 through 7. CX of W-3 (Potter) by AUSA Vilker (govt) resumes. RDX of W-3 by O'Brien (Potter). RCX of W-3 by AUSA Vilker (govt). One additional witness is sworn & examined (W-4: Chisman). DX of W-4 by O'Brien (Potter). CX of W-4 by AUSA Vilker (govt). RDX of W-4 by O'Brien. Four exhibits are marked for ID only.**

**Fri., July 29, 2005 - Day 9**

**Same counsel present as on Days 1 through 8. W-5 (Elliott) is sworn & examined. DX of W-5 by O'Brien (Potter). Examination of W-5 by Tarantino (Lincoln Park) & Traini (Bucci). CX of W-5 by AUSA Moore (govt). Six exhibits are admitted "full"; one exhibit is marked for "ID" only.**

**Mon., August 1, 2005 - Day 10**

**Same counsel present as on Days 1 through 9. Without jury present, the Court DENIES defts' joint motion to reconsider exclusion of certain testimony of Elliott (or alternatively, to strike equivalent testimony of Sherman & Brents). The Court also DENIES deft Potter's motion to admit Potter exhibits "J" and "I". With jury present, CX of W-5 (Elliott) by AUSA Moore (govt) resumes and is completed. Four exhibits are marked for "ID" only.**

**Tue., August 2, 2005 - Day 11**

**Same counsel present as on Days 1 through 10. Court excuses Alt. Juror #1 from further service on this case. Five defense witnesses are sworn & examined: DX of W-6 (Cohen) by O'Brien (Potter); CX of W-6 by AUSA Vilker (govt). DX of W-7 (Casiello) by O'Brien; CX of W-7 by AUSA Vilker; RDX of W-7 by O'Brien. DX of W-8 (Wilkie) by O'Brien; CX of W-8 by AUSA Moore (govt). DX of W-9 (Mrs. Potter) by O'Brien. DX of W-10 (Harris) by O'Brien. Brief examination of W-10 by Traini (Bucci). CX of W-10 by AUSA Vilker. One exhibit previously marked for "ID" is now admitted "full". Three exhibits are admitted "full"; five exhibits are marked for "ID" only. All defense counsel rest. No govt rebuttal. Jurors are excused for the day, after which defense counsel argue their Petrozziello issues. Messrs. Traini, Tarantino, and Ms. Rosiello address the Court re: Petrozziello. AUSA Moore responds on behalf of the govt. Court overrules defts' objections re: Petrozziello. Argument by Traini (joined by O'Brien & Tarantino) that certain portions of the indictment (superseding) be stricken. AUSA Moore responds. With exception of the motion as to Paragraph 15, all motions to strike are DENIED. Renewed Rule 29 motions are argued by Messrs. Traini, Tarantino and Ms. Rosiello, incorporating all arguments previously made. AUSA Vilker responds. Court takes all Rule 29 motions under advisement: written decision to issue subsequent to publication of jury verdict. (Charging conference held in Chambers subsequent to today's proceedings.)**

**Wed., August 3, 2005 - Day 12**

**Same counsel present as on Days 1 through 11. Mr. Traini presents the Court with two additional "Bucci" exhibits, marked for "ID" only. Closing arguments are presented by AUSA Moore on behalf of the govt, and by Mr. O'Brien on behalf of deft Potter. After jurors are excused for the da, counsel address the Court re: jury instruction. Govt exhibit re: statute, marked for ID only.**

**Thu., August 4, 2005 - Day 13**

**Same counsel present as on Days 1 through 12. Mr. Traini presents the Court with one additional "Bucci" exhibit, marked for "ID" only. Closing arguments are presented by Mr. Traini on behalf of deft Bucci, and Mr. Tarantino on behalf of deft Lincoln Park, followed by the govt's rebuttal (AUSA Moore). Court delivers jury charge. The two remaining alternate jurors are excused. CSO is sworn. Deliberations commence.**

**Fri., August 5, 2005 - Day 14**

**Same counsel present as on Days 1 through 13. Jury deliberations resume. Jurors are excused for the day. Deliberations to continue on Mon. 8/8/05.**

**Mon., August 8, 2005 - Day 15** **(Final Day)**

**Same counsel present as on Days 1 through 13. Jury delieberations resume. Jury question presented to, and addressed by the Court: re jurors' consideration of the evidence. Jury is further instructed; deliberations resume.**

**JURY VERDICT IS PUBLISHED —**

**as to deft Potter re: the second amended superseding indictment, as redacted for purposes of this trial:**
**Count I (guilty)**
**Count III (guilty)**
**Count V (guilty)**
**Count VII (not guilty)**
**Count VIII (not guilty)**
**Count X (guilty);**

**as to deft Bucci re: the second amended superseding indictment, as redacted for purposes of this trial:**
**Count I (guilty)**
**Count II (guilty)**
**Count IV (guilty)**
**Count VI (guilty)**
**Count IX (guilty)**
**Count XI (not guilty)**
**Count XII (not guilty)**

**as to deft Lincoln Park re: the second amended superseding indictment, as redacted for purposes of this trial:**
**Count I (guilty)**
**Count VI (guilty)**
**Count IX (guilty)**
**Count XI (not guilty)**
**Count XII (not guilty)**

**Jury is polled. Jurors are discharged. AUSA Moore argues govt's motion to revoke bail as to deft Potter. Mr. O'Brien responds. Court DENIES the motion. Sentencing as to all defts set for Fri., 10/28/05. Messers. Potter and Bucci remain on bail and bond, respectively, under terms and conditions previously set.**