IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| NIGEL POTTER; | : | CR 03-81-01ML |
| DANIEL BUCCI; and | : | (Superseding Indictment) |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**AFFIDAVIT OF JOHN A. MACFADYEN**

I, John A. MacFadyen, of MacFadyen, Gescheidt & O'Brien, 101 Dyer Street, Providence, RI 02903, hereby depose and state as follows:

1. I am an attorney licensed to practice law in the state and federal courts of Rhode Island.

2. My office represents Nigel Potter in the case of *United States v. Potter, et al.*, CR 03-81-01 ML, which was recently tried in the Federal District Court in Worcester, Massachusetts.

3. I was present in the audience for the final set of arguments held on August 4, 2005.

4. During the prosecutor's rebuttal argument, I heard the prosecutor say something to the effect that maybe there was something he could have brought in that the Court could have allowed but the Court did not let it in. I specifically remember the word "court" being used twice in a reference to the Court's having excluded evidence which the government sought to introduce.

5. Since that day, I have seen the version of these comments which was originally entered by the stenographer, and the one which has since appeared in the final version of the transcript.

6. I believe that the former rendition substantially conveys what I heard in court. It reads as follows: "Maybe there is something missing I could have given you or maybe something I could have brought in that the Court would have allowed that the Court didn't let come in."

Signed to and sworn to under penalties and pains of perjury.

John A. MacFadyen

STATE OF RHODE ISLAND
PROVIDENCE, SC

On the 11th day of August, 2005, in the City of Providence, County of Providence, State of Rhode Island, John A. MacFadyen, a person known to me, acknowledged his signature above to be his free act and deed.

Notary Public Lise J. Gescheidt
My commission expires: 7/1/09