IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. :
:
NIGEL POTTER; : CR 03-81-01ML
DANIEL BUCCI; and : (Superseding Indictment)
BURRILLVILLE RACING ASSOCIATION :
a/k/a LINCOLN PARK :
a/k/a LINCOLN GREYHOUND PARK :
a/k/a LINCOLN PARK, INC. :

**NIGEL POTTER'S NOTICE OF APPEAL**

Nigel Potter hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the judgments of conviction and sentence imposed by the United States District Court for the District of Rhode Island on October 28, 2005.

Respectfully submitted,
NIGEL POTTER
By his Attorneys,

C. LEONARD O'BRIEN (#1886)
B. JEAN ROSIELLO, ESQ. (#2886)
MacFadyen, Gescheidt & O'Brien
The Owen Building, 101 Dyer Street
Providence, RI 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within document to Lee H. Vilker, Assistant United States Attorney, United States Attorney's Office, 50 Kennedy Plaza, 8th floor, Providence, RI 02903 on the 2nd day of November, 2005.

Ellen Taylor