UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

November 7, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: CR 03-081-01ML
**USA v. Nigel Potter**

CCA# ____________

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of docket entries in the above matter.

✓ Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: J. Duhamel
John Duhamel
DEPUTY CLERK

encl.:
**Receipt# 61680 $255.00 Appeal Filing Fee as to Nigel Potter**