IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| NIGEL POTTER;<br>DANIEL BUCCI; and<br>BURRILLVILLE RACING ASSOCIATION<br>a/k/a LINCOLN PARK<br>a/k/a LINCOLN GREYHOUND PARK<br>a/k/a LINCOLN PARK, INC. | :<br>:<br>:<br>:<br>:<br>: | CR 03-81-01ML<br>(Superseding Indictment) |

**NIGEL POTTER'S NOTICE OF APPEAL OF THE DENIAL OF HIS MOTION FOR BAIL PENDING APPEAL**

Nigel Potter hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the United States District Court for the District of Rhode Island's denial of his motion for stay of execution of sentence and bail pending appeal on October 28, 2005.

Respectfully submitted,
NIGEL POTTER
By his Attorneys,

C. LEONARD O'BRIEN (#1886)
B. JEAN ROSIELLO, ESQ. (#2886)
MacFadyen, Gescheidt & O'Brien
The Owen Building, 101 Dyer Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that I mailed a copy of the within document to Lee H. Vilker, Assistant United States Attorney, United States Attorney's Office, 50 Kennedy Plaza, 8th floor, Providence, RI 02903; to John Tarantino, Esq., and Patricia K. Rocha, Esq., Adler, Pollock & Sheehan, P.C., 1 Citizens Plaza, 8th Floor, Providence, RI 02903, and to Anthony Traini, Esq., 56 Pine Street, Providence, RI 02903, on the 8th day of November, 2005.

Ellen Taylor