RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. COURT OF APPEALS
RECEIVED
NOV 08 2005
FOR THE FIRST CIRCUIT

DAVID A. DIMARZIO
CLERK OF COURT

November 3, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CR 03-081-**01**ML
USA v. Nigel Potter

✓ CCA# 05-2676

CR 03-081-**02**ML
USA v. Daniel Bucci

✓ CCA# 05-2677

CR 03-081-**03**ML
USA v. Burrillville Racing Association, a/k/a Lincoln Park, a/k/a...

✓ CCA# 05-2678

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries as to the above-referenced Notices of Appeal.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By [signature]
John Duhamel, Deputy Clerk

Encl.: ***case files as to:**
**Nigel Potter (7 vols.);**
**co-deft Daniel Bucci (1 vol.);**
**co-deft Burrillville Racing Assn. , a/k/a Lincoln Park (1 vol.)**
**J&C's Statement of Reasons [sealed] as to each defendant;**
**PSR [sealed] as to each defendant**

****See attached for list of all original transcripts as to this case.***