IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:03CR00081-01ML |
| | ) | |
| NIGEL POTTER | ) | |

MOTION FOR PAYMENT OF
SPECIAL ASSESSMENT AND FINE FROM REGISTRY DEPOSIT

Now comes the United States of America, by and through its undersigned attorneys, Robert Clark Corrente, United States Attorney, and Michael P. Iannotti, Assistant U.S. Attorneys, and moves this Court for an Order to the Clerk to apply $75,400 of the $100,000 cash bail surety currently on deposit with the Clerk of Court, to its Account 504100 to satisfy the mandatory special assessment and fine imposed at sentencing on October 28, 2005.

In support of this motion, the United States submits the accompanying memorandum.

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2005, I caused a copy of the foregoing Motion for Payment of Special Assessment and Fine from Registry Deposit to be mailed, postage prepaid, to C. Leonard O'Brien, 129 Dyer Street, Providence, Rhode Island 02903, and to Mr. Nigel Potter, Register No. 05350-070, Low Security Correctional Institution-Allenwood, P.O. Box 1500, White Deer, Pennsylvania 17887.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:03CR00081-01ML |
| | ) | |
| NIGEL POTTER | ) | |

MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S MOTION
FOR PAYMENT OF SPECIAL ASSESSMENT AND FINE FROM REGISTRY DEPOSIT

On September 9, 2003, a federal grand jury for the District of Rhode Island returned a twenty-two count Indictment against defendant, Nigel Potter, and his co-defendants Daniel Bucci and the Burrillville Racing Association.

On September 19, 2003, Defendant Potter was arraigned and bail was set at $100,000 full surety. That same day, the defendant posted the $100,000 bail and executed the Order Setting Conditions of Release. Attached hereto as Exhibit A is a copy of Receipt Number 100 55237, dated September 19, 2003, provided by the Clerk of Court to the defendant's attorney.

On October 28, 2005, the defendant was sentenced to a thirty-six (36) month term of imprisonment plus a three (3) year term of supervised release. Additionally, he was ordered to pay immediately the mandatory special assessment of $400 and a fine of $75,000; the interest on the fine was waived.

To date the defendant, Nigel Potter, has not made any payments toward his assessment or fine.

Since a final judgment has been entered, the government now seeks the application of $75,400 of the $100,000, now in the

custody of the Clerk of Court, to the special assessment and fine imposed on October 28, 2005, and asks this Court to enter an Order in the above-entitled matter directing the Clerk of this Court to apply the $75,400 of the $100,000 cash surety currently on deposit to its Account 504100 to satisfy both the $400 mandatory special assessment and the $75,000 fine imposed by the Court on October 28, 2005, in this matter.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2005, I caused a copy of the foregoing Memorandum in Support of the Government's Motion for Payment of Special Assessment and Fine from Registry Deposit to be mailed, postage prepaid, to C. Leonard O'Brien, 129 Dyer Street, Providence, Rhode Island 02903, and to Mr. Nigel Potter, Register No. 05350-070, Low Security Correctional Institution-Allenwood, P.O. Box 1500, White Deer, Pennsylvania 17887.

Fri Sep 19 ... 21 2003

Check No.
Amount$ 1.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4670

Fri Sep 19 15:01:42 2003

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 55237
Cashier fmccabe

Tender Type CHECK

Check Number:

Transaction Type C

Case No:/Def No. 1:03-CR-081-01/ 1

| DO Code | Div No | Acct |
| --- | --- | --- |
| 4670 | 1 | 604700 |

Amount $ 100000.00

CITIZENS BANK CHECK FOR NIGEL POTTER

APPEARANCE BOND Nigel Potter %
C. Leonard O'Brien
129 Dyer St. Prov
02903

cn

751-5090