IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| NIGEL POTTER; | : | CR 03-81-01ML |
| DANIEL BUCCI; and | : | (Superseding Indictment) |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DEFENDANT NIGEL POTTER'S MOTION TO APPLY BAIL FUNDS TO PAYMENT OF FINE**

Defendant Nigel Potter hereby moves this Court as follows:

1. The defendant was arraigned on September 19, 2003 before Magistrate Judge Robert W. Lovegreen, and ordered to post the sum of one hundred thousand dollars ($100,000) as surety.

2. As ordered, on September 19, 2003, defendant posted the sum of one hundred thousand dollars ($100,000), a copy of the receipt for which is attached to this motion.

3. On October 28, 2005, defendant was sentenced by this Court and, *inter alia,* ordered to pay a fine in the sum of seventy-five thousand dollars ($75,000) and a special assessment of $400 (*Judgment,* October 31, 2005, at page 6).

4. As ordered by this Court, defendant began service of his incarcerative sentence on November 25, 2005 at the Federal Prison facility at Allenwood, Pennsylvania; his surety for appearance before this Court is therefore no longer required.

WHEREFORE, defendant respectfully moves this Court that $75,400 of the funds posted as his surety be applied to the payment of his fine and special assessment and the balance of $24,600 be returned to him, care of the undersigned counsel.

Respectfully submitted,
NIGEL POTTER
By his Attorneys,

C. LEONARD O'BRIEN, ESQ. (#1886)
B. JEAN ROSIELLO, ESQ. (#2886)
MacFadyen, Gescheidt and O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that I mailed a copy of this document to Lee H. Vilker, Assistant United States Attorneys, United States Attorney's Office, 50 Kennedy Plaza, 8th floor, Providence, RI 02903 on the 29th day of November, 2005.

Ellen Taylor

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| NIGEL POTTER; | : | CR 03-81-01ML |
| DANIEL BUCCI; and | : | (Superseding Indictment) |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DEFENDANT NIGEL POTTER'S MEMORANDUM IN SUPPORT OF HIS MOTION TO APPLY BAIL FUNDS TO PAYMENT OF FINE**

Defendant Nigel Potter has moved this Court that the funds posted as his surety be applied to the payment of his fine and special assessment.

In support hereof, defendant states that Title 28 U.S.C. § 2044 allows bail funds to be applied to the payment of fines and assessments, albeit on motion of the United States Attorney. Defendant respectfully submits that although the government has not so moved, the relief requested here should be granted as the most expedient and efficient manner in which to see to it that the fine and special assessment are paid as provided in the Judgment.

Respectfully submitted,
NIGEL POTTER
By his Attorneys,

C. LEONARD O'BRIEN, ESQ. (#1886)
B. JEAN ROSIELLO, ESQ. (#2886)
MacFadyen, Gescheidt and O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that I mailed a copy of this document to Lee H. Vilker, Assistant United States Attorneys, United States Attorney's Office, 50 Kennedy Plaza, 8th floor, Providence, RI 02903 on the 29th day of November, 2005.

Ellen Taylor