IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 29 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
vs. ) 1:03CR00081-01ML
NIGEL POTTER )

ORDER FOR PAYMENT OF
SPECIAL ASSESSMENT AND FINE FROM REGISTRY DEPOSIT

This matter having come before the Court on the government's Motion for Payment of Assessment and Fine from Registry Deposit and the government having represented to the Court that the special assessment and fine imposed by the Court on October 28, 2005, are outstanding, it is hereby

ORDERED

That the Clerk of the United States District Court for the District of Rhode Island shall apply $75,400 of the $100,000 cash surety currently on deposit by the defendant, with the Clerk of Court, to its Account 504100 toward the assessment and fine the defendant was ordered to pay at his October 28, 2005, sentencing. The remaining $24,600 may be returned to the defendant.

BY ORDER:

Barbara Barletta
Deputy Clerk

ENTER:

Mary M. Lisi
MARY M. LISI
U.S. District Court Judge

Dated: 11/30/05