CR 03-81
J. Lisi
Papers Retained

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 05-2694

UNITED STATES,

Appellee,

v.

NIGEL POTTER,

Defendant, Appellant.

No. 05-2695

UNITED STATES,

Appellee,

v.

DANIEL BUCCI,

Defendant, Appellant.

---

Before

Boudin, Chief Judge,
Campbell, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

JUDGMENT

Entered: November 22, 2005

Appellants' requests "for release pending appeal and stay of execution of sentence" are denied. Upon our independent review of the parties' briefs and those parts of the record to which we are referred, and giving due deference to the determination of the district court, we are unable to conclude on the basis of the

submissions before us that any issue advanced by appellants constitutes a "close" question or "one that very well could be decided the other way." United States v. Bayko, 774 F.2d 516, 520, 523 (1st Cir. 1985).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Linda Barry

Deputy Clerk

Date: DEC 13 2005

[Cert. cc: Hon. Mary M. Lisi and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: MacFadyen, Traini, Moore, Lockhart, Vilker and Ms. Rosiello]